UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARITH LONG,<br><br>            Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | Case No. 1:25-cv-00499-KES-CDB (SS)<br><br>ORDER ON STIPULATION EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 11) |

Pending before the Court is Plaintiff's stipulated request to extend the deadline to file a motion for summary judgment from July 25, 2025, through and including September 23, 2025. (Doc. 11).

For good cause shown by the parties' stipulated representations, it is HEREBY ORDERED that Plaintiff shall file the motion for summary judgment by no later than **September 23, 2025**. The opposition and optional reply shall be filed in accordance with the Court's scheduling order. (Doc. 5).

IT IS SO ORDERED.

Dated:   **July 10, 2025**                                               _____
                                                                                            UNITED STATES MAGISTRATE JUDGE